1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

THOMAS M. COLT,                                    1:06-cv-00679-AWI-SMS-P

                    Plaintiff,           **ORDER ADOPTING FINDINGS AND**
                                         **RECOMMENDATIONS** (Doc. 11)
vs.
                                         **ORDER DENYING MOTION FOR**
MENDOZA, et al.,                         **TEMPORARY RESTRAINING ORDER**
                                         (Doc. 3)
                    Defendants.
_____/

        Thomas M. Colt ("Plaintiff") is a state prisoner proceeding
pro se in this civil rights action pursuant to 42 U.S.C. § 1983.
The matter was referred to a United States Magistrate Judge
pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On January 10, 2007, the Magistrate Judge filed Findings and
Recommendations herein which were served on Plaintiff and which
contained notice to Plaintiff that any objections to the Findings
and Recommendations were to be filed within twenty (20) days.  On
January 29, 2007, Plaintiff filed objections to the Magistrate
Judge's Findings and Recommendations.

//

/

1

1    In accordance with the provisions of 28 U.S.C.

2    § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

3    de novo review of this case.  Having carefully reviewed the

4    entire file, the Court finds the Findings and Recommendations to

5    be supported by the record and by proper analysis.  "A federal

6    court may issue an injunction if it has personal jurisdiction

7    over the parties and subject matter jurisdiction over the claim;

8    *it may not attempt to determine the rights of persons not before*

9    *the court*."  Zepeda v. United States Immigration Service, 753

10   F.2d 719, 727 (9th Cir. 1985) (emphasis added).   Before a

11   federal court may exercise personal jurisdiction over a

12   defendant, there must be notice to the defendant, a

13   constitutionally sufficient relationship between the defendant

14   and the forum, and a basis for the defendant's amenability to

15   service of summons. Omni Capital International Ltd. v. Rudolf

16   Wolff & Co., Ltd., 484 U.S. 97, 104 (1987).

17   Plaintiff is not entitled to preliminary injunctive relief until

18   such time as the court finds that his complaint contains

19   cognizable claims for relief against the named defendants and the

20   named defendants have been served with the summons and complaint.

21    In addition, Plaintiff has not met the standard for injunctive

22   relief at this time.   To the extent Petitioner cites to other

23   court decisions and documents finding overcrowding in state

24   prisons, these documents only provide proof of overcrowding, not

25   Eighth Amendment violations.

26

27    Accordingly, IT IS HEREBY ORDERED that:

28    1.   The Findings and Recommendations, filed January 10,

2007, are ADOPTED IN FULL; and,

    2.   Plaintiff's Motion for Temporary Restraining Order, filed June 2, 2006, is DENIED.

IT IS SO ORDERED.

**Dated:**  __**March 13, 2007**__          _____ /s/ Anthony W. Ishii _____
0m8i78                              UNITED STATES DISTRICT JUDGE