IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS M. COLT, | 1:06-cv-00679-AWI-SMS-PC |
| Plaintiff, | ORDER ADOPTING FINDING & RECOMMENDATION |
| vs. | (Doc. 14.) |
| K. MENDOZA-POWERS, et al., | ORDER DISMISSING ACTION FOR FAILURE TO EXHAUST |
| Defendants. | ORDER DIRECTING CLERK TO CLOSE CASE |

Thomas M. Colt ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 21, 2008, a finding and recommendation were entered, recommending that this action be dismissed based on plaintiff's failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a). Plaintiff was provided an opportunity to file objections to the finding and recommendation within thirty days. To date, plaintiff has not filed objections or otherwise responded to the finding and recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire

1

file, the court finds the finding and recommendation to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Finding and Recommendation issued by the Magistrate Judge on August 21, 2008, are adopted in full;

2. This action is dismissed without prejudice, based on plaintiff's failure to exhaust administrative remedies; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

**Dated:   October 8, 2008**                                   /s/ Anthony W. Ishii
                                                            CHIEF UNITED STATES DISTRICT JUDGE